**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ANGELINE PETERS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN MEDICAL COLLECTION )<br>AGENCY, )<br>)<br>    Defendant. ) | Case No. 8:14-cv-03912-PWG |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, ANGELINE PETERS ("Plaintiff"), and Defendant, AMERICAN MEDICAL COLLECTION AGENCY ("Defendant"), hereby stipulate and give notice of the voluntary dismissal of this action without prejudice, with each party to bear its own fees and costs.

Dated: May 22, 2015

/s/ Deborah Van Bergen
Deborah Van Bergen
Federal Bar No. 13998
D. G. Van Bergen, P.A.
1406 B Crain Hwy S Ste 104
Glen Burnie, MD 21061
Office: 410-863-1012
E-mail: debbie@dvblegal.com

/s/ Jonathan E. Claiborne
Jonathan E. Claiborne (Bar No. 347)
jclaiborne@wtplaw.com
Patrick D. McKevitt (Bar No. 30078)
pmckevitt@wtplaw.com
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street – Suite 1300
Baltimore, Maryland 21202-1626
(410) 347-8700

**CERTIFICATE OF SERVICE**

I certify that on May 22, 2015, a true and correct copy of the forgoing was electronically filed via the Court's CM/ECF with notice and service on all parties and counsel of record.

/s/ Deborah Van Bergen
Deborah Van Bergen